IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TEAMSTERS LOCAL UNION              *
NO. 355 A/W INTERNATIONAL
BROTHERHOOD OF TEAMSTERS,          *
AFL-CIO

          Plaintiff                *

     vs.                           *    CIVIL ACTION NO. MJG-02-568

PERISHABLE DELIVERIES, INC.        *

                                   *
          Defendant
*    *    *    *    *    *    *    *    *

### JUDGMENT ORDER

By separate Order issued this date, the Court has decided to grant Defendant's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Perishable Deliveries, Inc. and against Plaintiff Teamsters Local Union No. 355, dismissing all claims with prejudice and with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 31st day of October, 2002.

_____
Marvin J. Garbis
United States District Judge